# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Honorable Bruce W. Black |
| | Case No. 09-10818 |
| MID-STATES EXPRESS, INC., et al., | (Jointly Administered) |
| | |
| Debtors. [1] | Chapter 11 |
| | |
| | Presentation Date:  April 9, 2009 |
| | Presentation Time:  9:30 a.m. (Requested) |

## ORDER AND NOTICE SETTING PRELIMINARY HEARING FOR THE USE OF CASH COLLATERAL AND SETTING A FINAL HEARING

This matter coming on to be heard on the motion of Mid-States Express, Inc., debtor and debtor in possession, for the entry of an order setting a preliminary hearing for the use of $75,000 of cash collateral and setting a final hearing for the use of an additional $325,750 of cash collateral, due notice of the filing of the motion having been given to the parties entitled thereto, the Court having considered the motion and the statements of counsel, and being fully advised in the premises.

IT IS HEREBY ORDERED:

1.      The Debtor's request for the conduct of a preliminary hearing on the use of cash collateral as provided in Bankruptcy Rule 4001(b)(2) is granted.

2.      A preliminary hearing on the use of $75,000 of cash collateral is set for April *13*, 2009 commencing at *9:15 a.m.*

3.      ~~A final hearing on the use of the additional sum of $325,750 of cash collateral is set for _____, 2009 commencing at _____.~~

*BWB*

---

[1]      The Debtors consist of:  Mid-States Express, Inc. (FEIN: 39-1635428) and Hartmann Properties LLC (FEIN: 36-4421564).

3.  4.   This Order and Notice shall be served by electronic mail, facsimile, and/or

overnight delivery to the following parties or, in lieu thereof, to their counsel:

(1) the Office of the United States Trustee; (2) Amcore Bank NA; (3) Inova

Financial Services; (4) The Pension Benefit Guaranty Corporation; (5) the

Internal Revenue Service; (6) holders of the Debtor's 20 largest unsecured claims;

and (7) parties of record herein.

~~5.     Objections to the use of cash collateral shall be filed and served by April___, 2009~~

~~at 5:00 pm.~~

4-9-09

Enter: _Brun W. Blac_
Bankruptcy Judge

438859v1

2