Form NTCFTFC7

# United States Bankruptcy Court

### Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

---

In Re:

Mid–States Express, Inc.
540 West Galena Boulevard
Aurora, IL 60506
SSN: EIN: 39–1635428

Case No. :  09–10818
Chapter :   7
Judge :     Bruce W. Black

---

Debtor's Attorney:
Gerald F. Munitz
Butler Rubin Saltarelli and Boyd
70 W. Madison Suite 1800
Chicago, IL 60602

312 696–4495

Trustee:
Ronald R Peterson
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611

312–222–9350

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on **March 27, 2009** .

1. **September 9, 2009** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **September 9, 2009** is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: June 11, 2009

Kenneth S. Gardner , Clerk
United States Bankruptcy Court